**Dismissed; Opinion Filed November 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01243-CV

**JOHN BRADLEY MITCHELL AND KONAE SABRINA NOWELL, Appellants**
**V.**
**TRACY ALAN NOWELL, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 97171-86**

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Pedersen, III
Opinion by Justice Partida-Kipness

Before the Court is the November 19, 2019 joint notice of settlement and request for

dismissal of this appeal. We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

191243F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHN BRADLEY MITCHELL AND
KONAE SABRINA NOWELL, Appellants

No. 05-19-01243-CV          V.

TRACY ALAN NOWELL, Appellee

On Appeal from the 86th Judicial District
Court, Kaufman County, Texas
Trial Court Cause No. 97171-86.
Opinion delivered by Justice Partida-
Kipness, Justices Osborne and Pedersen, III
participating.

        In accordance with this Court's opinion of this date, we **DISMISS** this appeal.

        Subject to any agreement of the parties, we **ORDER** that each party bear its own costs of
this appeal.


Judgment entered this 27th day of November, 2019.